## THIRD DEPARTMENT, SEPTEMBER, 1973

### (September 4, 1973)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THOMAS W. LA RUE, Petitioner, v. PAUL J. REGAN, as Chairman of the New York State Parole Board,

Respondent.— Application, pursuant to CPLR 7002 (subd. [b], par. 2) for a writ of habeas corpus denied for failure of compliance with article 70 of the CPLR and more particularly with the provisions of CPLR 7002 (subd. [c]) thereof, and as otherwise insufficient on its face. Staley, Jr., J. P., Greenblott, Sweeney, Kane and Main, JJ., concur.